**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kolly Boayue,

Plaintiff,

v.

Civil No. 00-1903 (RHK/JMM)
**ORDER**

United States Navy,

Defendant.

---

William L. Walker, Minneapolis, Minnesota, for Plaintiff.

Mary Jo Madigan, Assistant United States Attorney, Minneapolis, Minnesota, and Major Eugene Robinson, Washington, DC, for Defendant.

---

Kolly Boayue, a Petty Officer (Third Class) in the United States Navy ("the Navy"), filed a Complaint on August 10, 2000 against the Navy. Boayue alleges that he has been the victim of sexual harassment, including but not limited to derogatory comments relating to sexual orientation, which has caused him severe psychological distress. Boayue is scheduled to leave Minnesota and to return to his post aboard the U.S.S. Kitty Hawk at the Yokosuka Naval Base in Japan on or before August 12.

Before the Court is Boayue's Motion for a Temporary Restraining Order. Boayue requests an order from this Court enjoining the Navy for ninety days from requiring him



FILED AUG 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 11 2000
DEPUTY CLERK

to return to the U.S.S. Kitty Hawk. During that time, Boayue wishes to undergo psychological evaluation and treatment at the Veterans' Administration hospital in Minneapolis. This matter came on for hearing before the undersigned on Friday, August 11, 2000, at 10:30 a.m.

Based upon all of the files, records and proceedings herein, and for the reasons stated on the record at the motion hearing, **IT IS ORDERED THAT** Plaintiff's Motion for Temporary Restraining Order (Doc. No. 2) is **DENIED** and, in light of the Court's determination that it lacks subject matter jurisdiction over this matter, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 11, 2000

RICHARD H. KYLE
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: AUG 1 1 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.