# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kolly Boayue

Case No. Civil 00-1903RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

United States Navy

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for temporary restraining order is **DENIED** and, in light of the court's determination that it lack subject matter jurisdiction over this matter, plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

DATE: August 11, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk